1  MATTHEW G. KLEINER (SBN: 024275)
   mkleiner@grsm.com
2  GORDON REES SCULLY MANSUKHANI, LLP
   111 W. Monroe Street
3  Suite 1600
   Phoenix, AZ 85003
4  Telephone: (602) 794-2460
   Facsimile: (602) 265-4716
5

6  Attorneys for Defendant
   AETNA LIFE INSURANCE COMPANY
7

8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF ARIZONA

11

12 CHRISTOPHER EMERSON          )  CASE NO.
                                )
13              Plaintiff,      )
                                )  Maricopa County Justice Courts,
14      vs.                     )  Arizona Case No.: CC2018-073882SC
                                )
15 AETNA LIFE INSURANCE         )
   COMPANY                      )  **NOTICE OF REMOVAL**
16                              )
                Defendant.      )
17                              )
                                )
18

19      Defendant Aetna Life Insurance Company ("Aetna") files this Notice of

20 Removal pursuant to 28 U.S.C. sections 1332, 1441, and 1446, and in support

21 thereof, Aetna respectfully alleges the following:

22 **I.    TIMELINESS OF REMOVAL**

23      On or about April 12, 2018, Plaintiff filed suit against Aetna in the Maricopa

24 County Justice Courts, San Marcos Justice Court, Arizona.[1] (Attached hereto as

25 "Exhibit 1" is a true a correct copy of the Summons and Complaint

26 ("Complaint").)

27 ───────────────────────

28 [1] The complaint has been redacted to protect patient privacy and confidentiality. Aetna will file an unredacted copy under seal upon the Court's request.

-1-

1  On April 16, 2018, the Complaint was served on Aetna.  (Attached hereto and marked as "Exhibit 2" is a true and correct copy of the Service of Process Transmittal.)  As of the filing of this Notice of Removal, Aetna has not responded to or otherwise answered the Complaint in state court.

This Notice of Removal is timely filed within 30 days of service of the Complaint.  (*See* 28 U.S.C. § 1446(b); *Cooke v. Masterpharm, LLC*, No. CV-10-845-PHX-GMS, 2010 U.S. Dist. LEXIS 70340, at *3 (D. Ariz. June 15, 2010) [holding a defendant must be properly served before the 30-day deadline begins to run], citing *Murphy Bros. v. Michetti Pipe Stringing*, 526 U.S. 344, 354 (1999).)

**II.    FEDERAL QUESTION JURISDICTION**

This Court has jurisdiction over this matter per 28 U.S.C. section 1441 of the Employee Retirement Income Security Act of 1974 ("ERISA").  (29 U.S.C. §§ 1001, et seq.)  This suit arises from a claim for payment of services under an employee health care plan (the "Plan") governed by ERISA.  (Attached hereto and marked as "Exhibit 3" are Excerpts from the Aetna Premier Care Network Choice POS II HDHP HSA, pp. 1, 87-88.)  Aetna is the Claims Administrator of the Plan.  (Exhibit 3, p.1.)  From January 2018 through March 2018, Plaintiff was an eligible participant in the Plan offered by his employer.  (Declaration of Gina Sparks ¶5.)

Per 29 U.S.C. section 1132(a)(1)(B) "[a] civil action may be brought – (1) by a participant or beneficiary – … (B) to recover benefits due to him under the terms of the his plan, to enforce his rights under the terms of the plan, or to clarify his rights to future benefits under the terms of the plan."  (29 U.S.C. § 1132(a)(1)(B).)  ERISA governs health care plans offered as part of employee benefit plans, such as the Plan in which Plaintiff is a participant.  (29 U.S.C. § 1003(a); *Metro. Life Ins. Co. v. Pilot Life Ins. Co. v. Dedeaux* (1987) 481 U.S. 41y (1987).)  The enforcement of rights under the Plan is subject to and governed by ERISA.  (29 U.S.C. § 1132(e)(1); *Pilot Life Ins. Co. v. Dedeaux*, *supra*, 481 U.S. 41, 57 (1987).)

1  Plaintiff's claims in the present action seek to recover benefits under an
2 ERISA governed Plan.  Specifically, Plaintiff seeks to determine whether Aetna
3 violated ERISA provisions by denying his claims under the terms of the Plan.  (*See*
4 Complaint.)  ERISA preempts all of Plaintiff's purported state law claims in the
5 Complaint and removal of this case to federal court is proper because the claims
6 arise under federal law.  (*Metro. Life Ins. Co*, 481 U.S. at 66; *see also Stuart v.*
7 *Unum*, 217 F.3d 1145 (9th Cir. 2000).)

**III.   VENUE**

Venue of this case is proper in the United States District Court for the District of Arizona because 28 U.S.C. section 1441(a) states, in part "any civil action … may be removed … to the district court of the United States for the district and division embracing the place where such action is pending."  The Maricopa County Justice Court, San Marcos Justice Court, is located within the jurisdiction of the United States District Court for the District of Arizona.

**IV.   NOTICE**

Aetna will give notice of the filing of this Notice of Removal to all parties of record.  Aetna will also file proper notice with the clerk of the state court and will serve upon Plaintiff a notice of the filing of this Notice of Removal.

**V.   STATE COURT PROCEEDINGS**

Copies of all state court pleadings and orders are attached to this Notice of Removal.  Aetna attaches and incorporates by reference true and correct copies of the following pleadings and other documents that were previously filed with the state court:

Exhibit 1 – Complaint

Exhibit 2 – Service of Process Transmittal

/ / /

/ / /

/ / /

-3-

## VI.  PRAYER

WHEREFORE, pursuant to 28 U.S.C. sections 1441 and 1446, Aetna requests that the above action pending in the Maricopa County Justice Court, San Marcos Justice Court, be removed from that court to this Court.

Respectfully submitted this 7th day of May, 2018.

                GORDON REES SCULLY MANSUKHANI, LLP

                By:  */s/ Matthew G. Kleiner*
                      Matthew G. Kleiner
                      Attorneys for Defendant
                      AETNA LIFE INSURANCE COMPANY