# EXHIBIT 1



# Maricopa County Justice Courts, Arizona

**San Marcos Justice Court   201 E. Chicago St., #103, Chandler, AZ 85225   602-372-3400**

CASE NUMBER: CC2019007388 2
SC

| | |
|---|---|
| Mr. Christopher Emerson | Aetna Life Insurance Company |
| c/o Chandler Pain Clinic | c/o CT Corporation System |
| 4050 w. Ray Rd. #18 | 3800 N. Central Ave #460 |
| Chandler AZ 85226   480 897-0330 | Phoenix AZ 85012 |

*Plaintiff(s). Name / Address / Email / Phone*       *Defendant(s). Name / Address / Email / Phone*

The Statutory Agent / Corporate Officer to be served is: CT Coporation System

## SMALL CLAIMS COMPLAINT and SUMMONS

**WARNING: THERE ARE NO APPEALS IN SMALL CLAIMS CASES.** You do not have the right to appeal the decision of the Hearing Officer or Justice of the Peace in Small Claims Division of this Court. If you wish to preserve your right to appeal, you may have your case transferred to the Civil Division of the Justice Court pursuant to **ARS 22-504**. If you request such a transfer, it must be made at least ten (10) judicial days before the day of the scheduled hearing.

### NOTICE AND SUMMONS

TO THE ABOVE-NAMED DEFENDANT(S): You are directed to answer this complaint within **TWENTY (20) DAYS** by filing a written ANSWER in the court named above. If you do not answer or defend, you run the risk of having a judgment entered against you for the amount of plaintiff's claim, plus court costs. A filing fee must be paid at the time your answer is filed. If you cannot afford to pay the required fee, you may request that the Court either waive or defer the fee.

Date: 4/12/18   Clerk: _____ (SEAL)

### PLAINTIFF'S CLAIM

This Justice Court has venue because
☐ The defendant resides in this precinct
☒ The debt, or cause of action. or the incident that resulted in this claim, occurred in this precinct at the following location:

4050 w. Ray Rd. #18 Chandler AZ 85226

$ 3500    is the total amount owed me by defendant because:

Redacted

Date: 4/10/18 _____
     Plaintiff           Plaintiff

**Notice:** If you are representing a business, please attach letter of authorization.

| |
|---|
| Please inform court staff if interpreter services are required. |
| ☐ Yes, I need interpreter services. |
| Language: |

SC 8150-300 R: 11/27/17