# EXHIBIT 2



**Service of Process Transmittal**
04/16/2018
CT Log Number 533162365

TO: Myrna Goodrich, Paralegal
Aetna, Inc.
Law U23S, 1425 Union Meeting Road
Blue Bell, PA 19422

RE: **Process Served in Arizona**

FOR: Aetna Life Insurance Company  (Domestic State: CT)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | RE: Mr. Christopher Emerson // To: Aetna Life Insurance Company |
| DOCUMENT(S) SERVED: | Small Claims Complaint and Summons |
| COURT/AGENCY: | Maricopa County - San Marcos - Justice Court, AZ<br>Case # CC2018073882SC |
| NATURE OF ACTION: | Insurance Litigation |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Phoenix, AZ |
| DATE AND HOUR OF SERVICE: | By Certified Mail on 04/16/2018 postmarked on 04/12/2018 |
| JURISDICTION SERVED: | Arizona |
| APPEARANCE OR ANSWER DUE: | Within 20 days |
| ATTORNEY(S) / SENDER(S): | Chandler Pain Clinic<br>4050 W Ray Rd #18<br>Chandler, AZ 85226<br>480-897-0330 |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 04/17/2018, Expected Purge Date: 04/22/2018<br><br>Image SOP<br><br>Email Notification,  Desiree Beatty  beattyd@aetna.com<br><br>Email Notification,  Jacqueline West  WestJ2@AETNA.com |
| SIGNED:<br>ADDRESS:<br><br>TELEPHONE: | C T Corporation System<br>3800 N Central Ave Ste 460<br>Phoenix, AZ 85012-1995<br>602-248-1145 |

Page 1 of  1 / AM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

CPC
4050 W. Ray Rd #18
Chandler AZ 85226

C.T. Corporation System
3800 N. Central Ave #460
Phoenix AZ 85012

PHOENIX
13 APR '18
PM 13 L

CERTIFIED MAIL

7017 2400 0000 9950 0299

U.S. POSTAGE PAID
CHANDLER, AZ
85248
APR 12, 18
AMOUNT
$6.70
R2303S104691-15

85012

85012-199510