MATTHEW G. KLEINER  (SBN: 024275)
mkleiner@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
111 W. Monroe Street
Suite 1600
Phoenix, AZ 85003
Telephone:  (602) 794-2460
Facsimile:  (602) 265-4716

Attorneys for Defendant
AETNA LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| CHRISTOPHER EMERSON<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AETNA LIFE INSURANCE COMPANY<br><br>　　　　　Defendant. | CASE NO.<br><br>Maricopa County Justice Courts, Arizona Case No.: CC2018-073882SC<br><br>**DECLARATION OF GINA SPARKS IN SUPPORT OF AETNA'S NOTICE OF REMOVAL TO FEDERAL COURT** |

I Gina Sparks, declare as follows:

1. I am employed by Aetna Resources, LLC ("Aetna") as a paralegal in the Law & Regulatory Affairs department. Unless otherwise indicated, I have personal, firsthand knowledge of the matters stated herein and, if called upon to do so, I could and would competently testify thereto.

2. I have been a paralegal in Law & Regulatory Affairs at Aetna or one of its acquired companies for 21 years. In my current position, I am involved in litigation matters at Aetna. I am familiar with the types of health plans and benefits that Aetna offers.

3. On April 16, 2018, Aetna received Plaintiffs' Small Claim and Notice of Small Claim ("Complaint"). Attached to the Notice of Removal and marked as "Exhibit 1" is a true and correct copy of the Complaint and envelope received by Aetna. Attached to the Notice of Removal and marked as "Exhibit 2" is a true and correct copy of the Service of Process Transmittal.

4. I am familiar with Aetna's internal systems for identifying health care plans in which a member is enrolled. I am also familiar with Aetna's process for maintaining plan documents, and have retrieved plan documents from Aetna's electronic files that are maintained in the ordinary course of business. I have personally retrieved or supervised the retrieval of governing plan documents.

5. According to Aetna's electronic records, from January 1, 2018 through March 31, 2018, Plaintiff was enrolled in and a participant in a health care plan (the "Plan"), funded by his employer. Aetna is the Claims Administrator for the Plan which is subject to and governed by ERISA. Attached to the Notice of Removal and marked as "Exhibit 3" is a true and correct copy of Relevant Excerpts from the Aetna Premier Care Network Choice POS II HDHP HSA (the "Plan").

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed this 7th day of May, 2018 at Thousand Oaks, California.

*Gina Sparks*
———————————
Gina Sparks